

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00737-CV

Jeff **MACAITIS**,
Appellant

v.

Gary **COX** and Sue Cox,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-03558
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MASSEY BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED January 8, 2025.

_____
Lori I. Valenzuela, Justice